MICHAEL M. EDWARDS, ESQ.
Nevada Bar No. 6281
NICHOLAS L. HAMILTON, ESQ.
Nevada Bar No. 10893
**MESSNER REEVES LLP**
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
Telephone: (702) 363-5100
Facsimile: (702) 363-5101
E-Mail: medwards@messner.com
E-Mail: nhamilton@messner.com
*Attorneys for Defendant,*
*JAMES CHOW*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BALUMA, S.A., d/b/a Enjoy Punta del Este & Casino,<br><br>Plaintiff,<br><br>v.<br><br>JAMES CHOW,<br><br>Defendant. | Case No. 2:20−cv−01749−JCM−EJY<br><br>**STIPULATION AND ORDER TO REMAND MATTER TO THE COURTS OF THE EIGHTH JUDICIAL DISTRICT OF NEVADA** |

COMES NOW Defendant JAMES CHOW, by and through his attorneys of record, the law firm MESSNER REEVES, LLP, Plaintiffs BALUMA, S.A., d/b/a Enjoy Punta del Este & Casino, by and though its attorney of record Christopher R. Miltenberger, Esq. of GREENBERG TRAURIG, LLP, hereby stipulate and agree to remand this matter State Court.

This matter was removed from the Eighth District Court of Nevada where it was pending under Case No. A-20-817919-C.

Defendant removed this matter under 28 U.S.C. §§ 1332(a)(1), 1441, and 1446.

Plaintiff has alleged claims for breach of contract, breach of the covenant of good faith and fair dealing, and unjust enrichment against Defendant.

Upon Defendant's further review of Plaintiff's Complaint, it is apparent that diversity jurisdiction does not exist as the principal amount in controversy in Plaintiff's Complaint, exclusive

{04409268 / 1}
*ACTIVE 52899152v1*

of interest and costs, does not exceed the amount in controversy required by 28 U.S.C. § 1332(a).

In light of the foregoing, the parties hereby stipulate and agree to remand this matter to the Eighth District Court of Nevada.

Defendant reserves his objections concerning Plaintiff's selection of the forum of this matter.

| DATED this 5th day of October 2020. | DATED this 5th day of October 2020. |
|---|---|
| MESSNER REEVES LLP | GREENBERG TRAURIG, LLP |
| */s/ Michael Edwards* | */s/ Christopher R. Miltenberger* |
| Michael M. Edwards, Esq.<br>Nevada Bar No. 6281<br>Nick L. Hamilton, Esq.<br>Nevada Bar No. 10893<br>8945 W. Russell Rd., Ste. 300<br>Las Vegas, Nevada 89148<br>*Attorneys for Defendant, ALLEN CHANG* | Christopher R. Miltenberger, Esq.<br>Nevada Bar No. 10153<br>Christian T. Spaulding, Esq.<br>Nevada Bar No. 14277<br>10845 Griffith Peak Drive, Suite 600<br>Las Vegas, NV 89135<br>*Attorneys for Plaintiff*<br>*Baluma, S.A., d/b/a Enjoy Punta del Este & Casino* |

IT IS SO ORDERED.

DATED this  7th  day of    October   , 2020.

_____
UNITED STATES DISTRICT COURT JUDGE